1  PHILLIP A. TALBERT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              | CASE NO. 1:17-mj-00012-BAM
12 |                            Plaintiff,  | MOTION AND ORDER TO
   |                                        | UNSEAL COMPLAINT
13 |                v.                      |
14 | TRINIDAD MARTINEZ-MASIEL, and          |
   | JOSE LOPEZ-RAMIREZ                     |
15 |                            Defendants. |

16

17     The United States of America hereby applies to this Court for an order pursuant to Rule 6(e) of

18 the Federal Rules of Criminal Procedure. There no longer exists any reason to keep the complaint under

19 seal.

20     Based on the foregoing, the United States respectfully requests that the complaint be unsealed

21 and made public record.

22 Dated: February 3, 2017                    PHILLIP A. TALBERT
                                              United States Attorney
23

24                                            /s/ Laurel J. Montoya
                                              LAUREL J. MONTOYA
25                                            Assistant United States Attorney

26

27

28

   Motion and Order to Unseal Complaint         1

1  PHILLIP A. TALBERT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 1:17-mj-00017-BAM |
12 |                       Plaintiff, | ORDER TO UNSEAL COMPLAINT |
13 |             v.                   |                           |
14 | TRINIDAD MARTINEZ-MASIEL, and    |                           |
   | JOSE LOPEZ-RAMIREZ,              |                           |
15 |                      Defendants. |                           |

16

17     This Complaint was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of

18 Criminal Procedure.  The case is hereby unsealed and made public record.

19

20 IT IS SO ORDERED.

21 Dated:  **February 3, 2017**                    /s/ *Sheila K. Oberto*
22                                                UNITED STATES MAGISTRATE JUDGE

Motion and Order to Unseal Complaint            2