DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JOSE LOPEZ-RAMIREZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-CR-00032 LJO-SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| TRINIDA MARTINEZ-MASIEL, JOSE LOPEZ RAMIREZ | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

The Defendant, JOSE LOPEZ-RAMIREZ, by and through his attorney of record, DAVID A. TORRES, hereby requests the status conference hearing currently set for Monday, April 3, 2017, be continued to Monday, August 7, 2017.

I have received the initial discovery on February 2017, however, over the past few days I have received a voluminous amount of discovery which includes reports, wire-taps and videos. I am scheduled to begin trial in the matter of *People v. Kyle Hulsey, BF161511A*. The duration of this trial is approximately thirty court days. I have informed AUSA Laurel Montoya that I need additional time to review the recent received discovery.

In addition, I am informed that co-defendant, Trinidad Martinez-Masiel, has retained private counsel. Moreover, attorney Christopher Caine hereby joins this request for a continue so that he can also familiarize himself with the facts of this case, herein. I have spoken to AUSA

1

Laurel Montoya and she does not object to the continuance of this matter.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 3/30/17                             */s/ David A Torres*
                                           DAVID A. TORRES
                                           Attorney for Defendant
                                           JOSE LOPEZ RAMIREZ

DATED: 3/30/17                             */s/ Christopher Caine*
                                           CHRISTOPHER CAINE
                                           Attorney for Defendant
                                           TRINIDAD MARTINEZ-MASIEL

DATED: 3/30/17                             */s/Laurel Montoya*
                                           KAREN ESCOBAR
                                           Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED** that the status conference hearing set for Monday, April 3, 2017 be continued to August 7, 2017.

IT IS SO ORDERED.

Dated:   **March 30, 2017**                    */s/ Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE