# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**

JUN 0 9 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

| | | |
|---|---|---|
| **United States of America** | ) | |
| **vs.** | ) | Case No. 1:17-CR-00032-LJO-SKO-1 |
| Trinidad Martinez | ) | |
| | ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Trinidad Martinez_____, have discussed with _____Ryan Beckwith_____, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the CURFEW component of the Location Monitoring Program is removed.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  6-8-17        _____  6-8-17
Signature of Defendant    Date          Pretrial Services Officer Services    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                 6/9/17
Signature of Assistant United States Attorney    Date
Laurel Montoya

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                 6/7/19
Signature of Defense Counsel    Date
Christopher Caine

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on _____6/9/17_____.

[ ] The above modification of conditions of release is *not* ordered.

_____                 6/9/17
Signature of Judicial Officer    Date

cc:    U.S. Attorney=s Office, Defense Counsel, Pretrial Services